# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SMASH PA, INC.,

           Petitioner

        v.

LEHIGH VALLEY RESTAURANT
GROUP, INC. AND BARLEY SNYDER,
LLP,

           Respondents

: No. 552 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.